IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CLINT REYNOLDS AND ASHLEY REYNOLDS, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:16-cv-58 |
| HUMANA INSURANCE COMPANY, HUMANA HEALTH PLAN OF TEXAS, INC., HUMANA HEALTH PLAN, AND HUMANA, | § § § § § | |
| Defendants. | § § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendants file their Certificate of Interested Persons.

(1)     For a nongovernmental corporate party, the name of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Humana Insurance Company is a wholly-owned subsidiary of CareNetwork, Inc., which is a wholly-owned subsidiary of Humana Inc., a publicly traded company.

Humana Health Plan of Texas, Inc. is a wholly-owned subsidiary of Humana Inc., a publicly traded entity.

Humana Health Plan, Inc. is a wholly-owned subsidiary of Humana Inc., a publicly traded entity.

There is no publicly held corporation that holds more than 10% of Humana Inc. stock.

Humana is not a separate legal entity.  Plaintiffs allege that "Humana is a subdivision and/or name under which Defendant Humana Insurance Company is doing business or has done business."

(2)    A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Clint Reynolds, Plaintiff;
Ashley Reynolds, Plaintiff;
Humana Insurance Company, Defendant;
CareNetwork, Inc.; and
Humana, Inc.

Respectfully submitted,

*/s/ Michael L. Hood*
**Michael L. Hood**
*Attorney-in-Charge*
State Bar No. 09943435
michael.hood@haynesboone.com

**David M. Merryman, Esq.**
Texas State Bar No. 24094844
david.merryman@haynesboone.com

HAYNES AND BOONE, LLP
One Victory Park
2323 Victory Avenue, Suite 700
Dallas, Texas  75219-7673
Telephone:     214-651-5673
Telecopier:    214-200-7460

**ATTORNEYS FOR DEFENDANTS**

**HUMANA INSURANCE COMPANY,
HUMANA HEALTH PLAN OF TEXAS, INC.,
AND HUMANA HEALTH PLAN**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the following counsel in accordance with the Federal Rules of Civil Procedure on April 15, 2016.

**J. Patrick Gallagher, Esq.**
Texas State Bar No.  07585500
Patrick@hg555.com

HASLAM & GALLAGHER, L.L.P.
555 South Summit Avenue
Fort Worth, Texas 76104
Texarkana, Texas 75504
Telephone:      817-332-3115
Telecopier:     817-332-3148

**ATTORNEY FOR PLAINTIFFS
CLINT REYNOLDS AND
ASHLEY REYNOLDS**

☒  **Certified Mail, Return Receipt Requested**

Certified Article Number

7196 9008 9111 7101 1217

SENDERS RECORD

☒ **ECF**
☐ E-Mail
☐ Facsimile
☐ First-Class U.S. Mail
☐ Hand-Delivery
☐ Over-Night Delivery

*/s/ Michael L. Hood*
Michael L. Hood